FILED

12/12/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0671

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 23-0671

STATE OF MONTANA

Plaintiff and Appellee,

v.

KYLE ROY SILVEY,

Defendant and Appellant.

## ORDER

Upon consideration of Appellant's motion for an extension of time, affidavit in support, and good cause appearing therefore,

IT IS HEREBY ORDERED that Appellant is granted an extension of time to and including January 21, 2025, within which to prepare, file, and serve his Opening Brief on appeal.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
December 12 2024